# IN THE COURT OF APPEALS OF IOWA

No. 14-0286
Filed April 30, 2014

**IN THE INTEREST OF C.D., C.D., and C.D.,**
**Minor Children,**

**A.M., Mother,**
　　　Appellant.

_____

Appeal from the Iowa District Court for Black Hawk County, Daniel L. Block, Associate Juvenile Judge.

A mother appeals from the order terminating her parental rights. **AFFIRMED.**

Andrew C. Abbott of Abbott Law Office, P.C., Waterloo, for appellant mother.

Timothy Baldwin, Waterloo, for father.

Thomas J. Miller, Attorney General, Kathrine S. Miller-Todd, Assistant Attorney General, Thomas J. Ferguson, County Attorney, and Kathleen Hahn and Steven J. Halbach, Assistant County Attorney, for appellee State.

Robert Bembridge of Swisher & Cohrt, P.L.C., Waterloo, for minor children.

Considered by Danilson, C.J., and Potterfield and McDonald, JJ.

**DANILSON, C.J.**

A mother appeals the termination of her parental rights to her three children, each with the initials C.D.[1] At the termination hearing, the mother consented to the termination of her parental rights, pursuant to Iowa Code section 232.116(1)(a) (2013).[2] She does not deny her consent was voluntarily and intelligently given, nor does she deny there was good cause for her to desire the termination. Rather, the mother now maintains that a deferral of permanency is appropriate to give her the opportunity to participate fully in services. "An issue that is not raised at the trial court may not be raised for the first time on appeal." *In re C.S.*, 776 N.W.2d 297, 299 (Iowa 2009).

Because the mother's consent to termination was voluntarily and intelligently given and there was good cause for her to desire the termination, we affirm without further opinion. *See* Iowa R. App. P. 6.1203(a), (d).

**AFFIRMED.**

---

[1] The parental rights of the father have also been terminated. He does not appeal.

[2] Section 232.116(1)(a) provides:

> [T]he court may order the termination of both the parental rights with respect to a child and the relationship between the parent and the child on any of the following grounds:
> a. The parents voluntarily and intelligently consent to the termination of parental rights and the parent-child relationship and for good cause desire the termination.